**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV14-07494-SVW-AJW |
| v. | |
| $712,741.00 IN U.S. CURRENCY | JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S) |
| DEFENDANT(S). | |

This action came on for jury trial, the Honorable <u>Stephen V. Wilson</u> District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

<u>     United States of America                                                     </u>

recover of the defendant(s):

<u>     $712,741.00 in U.S Currency                                                     </u>

the sum of <u>$712,714.00</u> in <u>U.S. currency</u>, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of <u>  to be determined by motion</u>.

                                                Clerk, U. S. District Court

Dated: <u>     March 22, 2017          </u>    By   *Paul M. Cruz*
                                                       Deputy Clerk

At: <u>Los Angeles    </u>

cc: *Counsel of record*

CV-49 (05/98) **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**